**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3787ND

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District of |
| v. | * | North Dakota. |
| | * | |
| Darryl Lawrence Thompson, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: May 21, 1997
Filed: May 30, 1997

_____

Before McMILLIAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Darryl Lawrence Thompson appeals his guidelines sentence. Because the controlling law is clear, an extended discussion of the issue raised on appeal will serve no useful purpose. Having reviewed the record and the parties' briefs, we reject Thompson's contention that the district court improperly refused to grant Thompson a two-level reduction for acceptance of responsibility. In our view, the district court's findings are not clearly erroneous and no error of law appears. We thus affirm Thompson's sentence. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.